517 A.2d 540

**Charmaine H. STICKEL, Administratrix of the Estate of Scott M. Stickel, Deceased, Petitioner,**

v.

**The OHIO CASUALTY COMPANY.**

Supreme Court of Pennsylvania.

Nov. 19, 1986.

412

Petition for Allowance of Appeal GRANTED, No. 93 W.D. Appeal Docket 1986.